**JS-6**

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>        v.<br><br>$45,602.00 in U.S. Currency,<br><br>    Defendant.<br><br>DAYANA GUTIERREZ,<br><br>    Claimant. | No.  2:21-cv-05811-VAP-AGR<br><br>**CONSENT JUDGMENT OF FORFEITURE** |

Plaintiff and claimant Dayana Gutierrez have made a stipulated request for the entry of this Consent Judgment, resolving this action in its entirety.

The Court, having considered the stipulation of the parties, and good cause appearing therefor, HEREBY ORDERS ADJUDGES AND DECREES:

1. The government has given and published notice of this action as required by law, including Rule G of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, Federal Rules of Civil Procedure, and the Local Rules of this Court.  Dayana

Gutierrez has filed a claim and answer. No other claims or answers have been filed, and the time for filing such claims and answers has expired. This Court has jurisdiction over the parties to this judgment and the defendant currency. Any potential claimants to the defendant currency other than Dayana Gutierrez are deemed to have admitted the allegations of the complaint with respect to the defendant currency.

2. The following shall be returned to Dayana Gutierrez: $10,000.00, without interest.

3. The following shall be forfeited to the United States, including any interest earned on the entire balance of the currency seized from Claimant, and no other right, title, or interest shall exist therein: $35,602.00.

4. Dayana Gutierrez has agreed to release the United States of America, its agencies, agents, and officers, including employees and agents of the Drug Enforcement Administration, from any and all claims, actions or liabilities arising out of or related to this action, including, without limitation, any claim for attorneys' fees, costs or interest which may be asserted on behalf of Dayana Gutierrez against the United States, whether pursuant to 28 U.S.C. § 2465 or otherwise. Dayana Gutierrez has also waived any rights she may have to seek remission or mitigation of the forfeiture. Nothing in this Consent Judgment is intended as, nor should anything in this Consent Judgment be interpreted as an admission by Dayana Gutierrez of any liability or wrongdoing.

5. The Court finds that there was reasonable cause for the institution of these proceedings pursuant to 28 U.S.C. § 2465. This

judgment constitutes a certificate of reasonable cause pursuant to 28 U.S.C. § 2465.

DATED: April 19, 2022

_____
THE HONORABLE VIRGINIA A. PHILLIPS
UNITED STATES DISTRICT JUDGE

PRESENTED BY:

TRACY L. WILKISON
United States Attorney
SCOTT M. GARRINGER
Assistant United States Attorney
Chief, Criminal Division

  /s/ Jonathan Galatzan
JONATHAN GALATZAN
Assistant United States Attorney
Chief, Asset Forfeiture Section

Attorneys for Plaintiff
UNITED STATES OF AMERICA